CHARLES CYRUS MARSHALL, Appellant, *v.* UNITED STATES TRUST COMPANY OF NEW YORK and JAMES J. WILLIAMS, Individually and as Executors of and Trustees under the Will of MARY A. FLANAGAN, Deceased, et al., Respondents.

*Marshall* v. *United States Trust Co.*, 93 App. Div. 252, reversed.

(Argued December 2, 1904; decided December 16, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1904, upon an order reversing a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term and directing that the complaint be dismissed.

*John M. Harrington* for appellant.

*George L. Shearer* and *Edward W. Sheldon* for respondents.

Judgment of Appellate Division reversed and that of Special Term affirmed, with costs in all courts, on opinion of SCOTT, J., in Special Term.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and VANN, JJ. Dissenting: HAIGHT, J.

---

JOSEPH C. HOFFART, Appellant, *v.* THE TOWN OF WEST TURIN, Respondent.

*Hoffart* v. *Town of West Turin*, 90 App. Div. 348, affirmed.

(Argued December 2, 1904; decided December 16, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 14, 1904, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*M. H. Powers* and *W. J. Powers* for appellant.

*C. S. Mereness* and *Harry W. Cox* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and VANN, JJ. Not voting: HAIGHT, J.